**No. 10-852. William Scott MacDonald, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1257, 131 S. Ct. 1574, 179 L. Ed. 2d 474, 2011 U.S. LEXIS 1812.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 273.